**UNITED STATES of America ex rel. YEE LEE BARK, Father and Next Friend of Yee Lee Leung, Relator-Appellant, v. Edward CORSI, Commissioner of Immigration at the Port of New York, Respondent-Appellee.**

No. 241.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1932.

James C. Thomas, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Ira Koenig, Asst. U. S. Atty., of New York City, of counsel), for relator.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**URBAN PROPERTIES COMPANY, et al., Appellants, v. Bertrand BALL, Receiver of Merrill's Dollar Stores, Inc., et al.**

No. 7066.

Circuit Court of Appeals, Ninth Circuit.

Feb. 2, 1933.

Before WILBUR, SAWTELLE and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed without costs; mandate forthwith.

**WEST DISINFECTING COMPANY, Appellant, v. UNITED STATES PAPER MILLS, Inc., and Courtney P. Winter, Appellees.**

No. 4893.

Circuit Court of Appeals, Third Circuit.

Jan. 6, 1933.

W. Saxton Seward, of New York City, Alfred J. Kirsh, of Richmond, Va., and E. Clarkson Seward, of New York City, for appellant.

Edmund C. Wingerd, of Chambersburg, Pa., and O'Malley, Hill, Harris, Harris & McCourt, of Scranton, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

The decree entered by the court below is in accord with the mandate [44 F.(2d) 803] of this court. It is therefore affirmed.

**WILLIAMS LINE, as Bailee of the Cargo of Lumber Lately Laden on Board THE Lumber Boat WILLIAMS LINE NO. 46, Libelant, v. THE Steamer GEORGE WASHINGTON, Eastern Steamship Lines, Inc., Claimant, THE Steam Tug RUSSELL NO. 7 and Wonder Newtown Creek Towing Company, Claimant, THE Lumber Boat WILLIAMS LINE NO. 46, Williams Line, Inc., Claimant-Impleaded.**

No. 114.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1932.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for The George Washington.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Williams Line.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.